```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02563
   NANETTE WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1031

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/14/2007 and was confirmed 05/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was completed - no discharge 05/12/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG         .00           .00           .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE         .00           .00           .00
COLLECTION COMPANY OF AM UNSECURED       NOT FILED           .00           .00
ENCORE RECEIVABLE MANAGE UNSECURED       NOT FILED           .00           .00
F&W LLC                  UNSECURED       NOT FILED           .00           .00
HARRIS                   UNSECURED       NOT FILED           .00           .00
NATIONWIDE ACCEPTANCE~   UNSECURED         1049.13           .00       1049.13
HUBERT WILLIAMS          NOTICE ONLY     NOT FILED           .00           .00
CITY OF CHICAGO PARKING  UNSECURED         1041.20           .00       1041.20
PEOPLES GAS LIGHT & COKE FILED LATE        4970.71           .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,484.00                      2,484.00
TOM VAUGHN               TRUSTEE                                         336.33
DEBTOR REFUND            REFUND                                          336.14

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            5,246.80

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   2,090.33
ADMINISTRATIVE                              2,484.00
TRUSTEE COMPENSATION                          336.33
DEBTOR REFUND                                 336.14
                   --------------         --------------
TOTALS             5,246.80                 5,246.80



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 02563 NANETTE WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/16/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE